

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In Re Matter of                         )   1:  07 MJ 0 2 3 8     SMS
                                        )
CRIMINAL COMPLAINTS AND                 )   ORDER SEALING ARREST WARRANTS,
ARREST WARRANTS AUTHORIZED              )   CRIMINAL COMPLAINT AND  AFFIDAVIT
ON OCTOBER 4, 2007, TO                  )
ARREST                                  )
                                        )   **Under Seal**    SEALED
KULWANT LASHER,                         )
TARLOCHAN LASHER, and                   )
JASWINDER LASHER.                       )
                                        )
                                        )
_____ )

The United States having applied to this Court for an order permitting it to file under seal the arrest warrants, criminal complaint and affidavit in the above-captioned proceedings, and good cause appearing thereof,

IT IS SO ORDERED, that this order, the arrest warrants, criminal complaint, and affidavit in the above-entitled proceedings shall remain under <u>seal</u> and shall not be disclosed pending further order of this court.

DATED: October 4, 2007

Honorable Sandra M. Snyder
U.S. Magistrate Judge

11