McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
SHEILA K. OBERTO
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**

OCT -5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___J. HELLINGS___
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag No. 1:07-mj-238 SMS |
| Plaintiff, | ORDER |
| v. | |
| KULWANT LASHER, TARLOCHAN LASHER, and JASWINDER LASHER, | |
| Defendants. | |

Having considered the government's application to unseal the criminal complaint, affidavit, and arrest warrants,

IT IS HEREBY ORDERED that the complaint, affidavit, and arrest warrants filed in this matter complaint shall be UNSEALED.

Dated: October 5, 2007

SANDRA M. SNYDER
U.S. Magistrate Judge

1