ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
KULWANT LASHER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-07-00264 AWI |
| Plaintiff, | AMENDED STIPULATION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| KULWANT LASHER, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, KULWANT LASHER, by and through his attorney of record, Anthony P. Capozzi, the Plaintiff, by and through Assistant United States Attorney, Karen Escobar, and Pre-Trial Officer, Jacob Scott, that that the Defendant's Conditions of Release be modified as follows:

- The Defendant, KULWANT LASHER, shall be allowed overnight travel for business purposes outside of the Eastern District of California to San Jose each Monday and Thursday evening.

///

///

///

- 1 -

- The Defendant, Kulwant Lasher shall return to the Eastern District of California district the following Tuesday and Friday evening by 12:00 a.m.

Dated:   December 4, 2007

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for the Defendant,
KULWANT LASHER

Dated:   December 6, 2007

/s/ Karen Escobar
KAREN ESCOBAR,
Assistant United States Attorney

Dated:   December 6, 2007

/s/ Jacob Scott
JACOB SCOTT,
United States Pretrial Officer

Amended Stipulation to Modify Conditions

## ORDER

IT IS HEREBY ORDERED that the Defendant, KULWANT LASHER, shall be allowed to travel outside the Eastern District of California each Monday and Thursday evenings for the sole purpose of conducting business in San Jose, California.

IT IS FURTHER ORDERED that the Defendant shall immediately return to the Eastern District of California each Tuesday and Friday evening by 12:00 a.m.

Dated: December 10, 2007

HONORABLE ANTHONY W. ISHII
U.S. District Court Judge