1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone: (559) 221-0200
   Fax: (559) 221-7997
4  E-mail: capozzilaw@aol.com

5  Attorney for Defendant,
   KULWANT LASHER
6

7

8
                IN THE UNITED STATES DISTRICT COURT
9
                EASTERN DISTRICT OF CALIFORNIA, FRESNO
10
                             * * * * *
11

12 UNITED STATES OF AMERICA,              )   Case No.: CR-F-07-0264 AWI
                                          )
13                Plaintiff,              )
                                          )   AMENDED STIPULATION TO MODIFY
14      vs.                               )   CONDITIONS OF RELEASE
                                          )
15 KULWANT LASHER,                        )
                                          )
16                                        )
                                          )
17                Defendant.              )

18

19     IT IS HEREBY STIPULATED between the Defendant, KULWANT LASHER, by and

20 through his attorney of record, Anthony P. Capozzi, the Plaintiff, by and through Assistant United

21 States Attorney, Karen Escobar, and Pre-Trial Officer, Jacob Scott, that that the Defendant's

22 Conditions of Release be modified as follows:

23     ●     The Defendant, KULWANT LASHER, shall is allowed overnight travel for business

24           purposes outside of the Eastern District of California to San Jose each Monday and

25           Thursday evening.

26     ●     The Defendant is allowed to return on Friday at 12:00 a.m. after his Thursday travel

27           and would now request that he be allowed to return on Saturday by 12:00 a.m.

28

- Therefore, the Defendant, Kulwant Lasher shall return to the Eastern District of California district the following Tuesday and Saturday evening by 12:00 a.m.

Dated:   February 6, 2008

          /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for the Defendant,
KULWANT LASHER

Dated:   February 6, 2008

          /s/ Karen Escobar
KAREN ESCOBAR,
Assistant United States Attorney

Dated:   February 6, 2008

          /s/ Jacob Scott
JACOB SCOTT,
United States Pretrial Officer

**ORDER**

IT IS HEREBY ORDERED that the Defendant, KULWANT LASHER, shall be allowed to travel outside the Eastern District of California each Monday and Thursday evenings for the sole purpose of conducting business in San Jose, California.

IT IS FURTHER ORDERED that the Defendant shall immediately return to the Eastern District of California each Tuesday and Saturday evening by 12:00 a.m.

IT IS SO ORDERED.

Dated:   **February 11, 2008**        **/s/ Anthony W. Ishii**
                                                      UNITED STATES DISTRICT JUDGE