CARL M. FALLER   SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534

Attorney for Defendant Tarlochen Lasher

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> vs. <br><br> KULWANT LASHER, TARLOCHEN LASHER, and JASWINDER LASHER <br><br>  Defendants. | 1:07-cr-00264-AWI <br><br> STIPULATION AND ORDER REGARDING OVERNIGHT TRAVEL |

It is hereby stipulated by the parties hereto, by and through their undersigned attorneys or record, that the above-named defendants are allowed to travel from their respective residences to Bakersfield, California for the purpose of attending family wedding celebrations between the times and on the dates listed below

From 6:00 am on 3/22/08 until 10:00 pm on 3/23/08

From 6:00 am on 3/28/08 until 10:00 pm on 3/30/08

This stipulation and proposed order is submitted with the approval of Pretrial Services Officer Jacob M. Scott.

DATED:  March 18, 2008                         */s/  Carl M. Faller*
                                                       CARL M. FALLER
                                                       Attorney for Defendant
                                                       Tarlochan Lasher

                                                       /s/  Anthony Capozzi
                                                       ANTHONY CAPOZZI
                                                       Attorney for Defendant
                                                       Kulwant Lasher

                                                       /s/  Mark W. Coleman
                                                       MARK W. COLEMAN
                                                       Attorney for Defendant
                                                       Jaswinder Lasher

                                                       /s/  Sheila K. Oberto
                                                       SHEILA K. OBERTO
                                                       Attorney for the
                                                       United States of America

    IT IS SO ORDERED.

DATED:   3/19/2008                          /s/ Sandra M. Snyder
                                                       SANDRA M. SNYDER
                                                       Chief United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PDF created with pdfFactory trial version www.pdffactory.com