CARL M. FALLER   SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534



Attorney for Defendant Tarlochen Lasher


# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA ,    )   1:07-cr-00264-AWI
            )
       Plaintiff,      )
            )
   vs.          )
            )   STIPULATION AND ORDER
            )   REGARDING OVERNIGHT TRAVEL
KULWANT LASHER, TARLOCHEN   )
LASHER, and JASWINDER LASHER   )
            )
       Defendants.    )
            )
_____)


     It is hereby stipulated by the parties hereto, by and through their undersigned attorneys of

record, that the above-named defendants are allowed to travel from their respective residences to

Bakersfield, California for the purpose of attending a family wedding celebrations between the

times and on the dates listed below

     From 6:00 am on 4/18/08 until 10:00 pm on 4/20/08

1    This stipulation and proposed order is submitted with the approval of Pretrial Services

2  Officer Jacob M. Scott.

3

4  DATED:  April 15, 2008                              */s/  Carl M. Faller*
                                                       CARL M. FALLER
5                                                      Attorney for Defendant
                                                       Tarlochan Lasher
6

7                                                      /s/  Anthony Capozzi
                                                       ANTHONY CAPOZZI
8                                                      Attorney for Defendant
                                                       Kulwant Lasher
9

10

11                                                     /s/  Mark W. Coleman
                                                       MARK W. COLEMAN
12                                                     Attorney for Defendant
                                                       Jaswinder Lasher
13

14                                                     /s/  Sheila K. Oberto
                                                       SHEILA K. OBERTO
15                                                     Attorney for the
                                                       United States of America
16

17         IT IS SO ORDERED.

18  DATED:   4/15/008                                   /s/ Sandra M. Snyder
19                                                     SANDRA M. SNYDER
                                                       Chief United States Magistrate Judge
20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PDF created with pdfFactory trial version www.pdffactory.com