CARL M. FALLER   SBN: 70788

Attorney at Law

Post Office Box 912

Fresno, CA 93714

559-226-1534

Attorney for Defendant Tarlochen Lasher

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | ) | 1:07-CR-00264-AWI |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| TARLOCHEN LASHER, and JASWINDER LASHER | ) | STIPULATION AND ORDER |
| | ) | REGARDING OVERNIGHT TRAVEL |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

It is hereby stipulated by the parties hereto, by and through their undersigned attorneys of record, that the above-named defendants are allowed to travel from their respective residences to Pittsburgh, Pennsylvania for the purpose of conducting business meetings, between the times and on the dates listed below

From 6:00 am on 6/16/08 until 10:00 pm on 6/19/08

This stipulation and proposed order is submitted with the approval of Pretrial Services Officer Jacob M. Scott.

DATED:  June 10, 2008               /s/ Carl M. Faller
                                    CARL M. FALLER
                                    Attorney for Defendant
                                    Tarlochan Lasher

                                    /s/ Mark W. Coleman
                                    MARK W. COLEMAN
                                    Attorney for Defendant
                                    Jaswinder Lasher


                                    /s/ Sheila K. Oberto
                                    SHEILA K. OBERTO
                                    Attorney for the
                                    United States of America

**ORDER**

IT IS SO ORDERED.


Dated:   **June 16, 2008**              /s/ Anthony W. Ishii

                                    UNITED STATES DISTRICT JUDGE