IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>KULWANT LASHER,<br><br>      Defendant. | No. 1:07-cr-00264-001-AWI<br><br>**ORDER EXONERATING PROPERTY BOND** as to Surety, Mr. Charngit Singh **ONLY** |

On October 22, 2007, a property bond was posted by Mr. CHARNGIT SINGH,  for Deed #2007-180107, on behalf of the above defendant, Kulwant Lasher, [33] among various Deed's posted for this defendant.  The defendant's Release Conditions were modified on July 9, 2008 and the property bond as to Mr. Charngit Singh, **ONLY**, is hereby ordered **exonerated** and shall be reconveyed to Mr. Charngit Singh.

SO ORDERED.

DATED: July 11, 2008

                                                    /s/ Sandra M. Snyder

                                                  SANDRA M. SNYDER

                                                U.S. Magistrate Judge

9/26/96 exonbnd.frm