1
2
3
4
5
6
7          **IN THE UNITED STATES DISTRICT COURT FOR THE**
8                  **EASTERN DISTRICT OF CALIFORNIA**
9

10   UNITED STATES OF AMERICA,        )   NO. 1:07-CR-00264-AWI
                                      )
11              Plaintiff,            )   STIPULATION AND ORDER
                                      )   REGARDING OUT OF STATE
12        v.                          )   TRAVEL
                                      )
13   TARLOCHEN LASHER, JASWINDER      )
     LASHER,                          )
14                                    )
                Defendants.           )
15   _____)

16

17        It is hereby stipulated by the parties hereto, by and through their undersigned attorneys of

18   record, that the above-named defendants be allowed to travel from their residences to Pittsburgh,

19   Pennsylvania for the purpose of business meetings on the dates set forth below:

20          Departure:    December 6, 2008

21          Return:       December 9, 2008

22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

This stipulation and proposed order is submitted with the approval of Pretrial Services Officer Jacob M. Scott.  Further, counsel for the government has previously stated that the government has no objection to the defendants travelling within the continental United States.

Dated:        December 2, 2008                    /s/   *Carl M. Faller*
                                                  CARL M. FALLER
                                                  Attorney for Defendant
                                                  Tarlochan Lasher


                                                   /s/   *Karen A. Escobar*
                                                  KAREN A. ESCOBAR
                                                  Attorney for the
                                                  United States of America

        IT IS SO ORDERED.


IT IS SO ORDERED.

**Dated:    December 3, 2008**                    /s/ **Anthony W. Ishii**
                                                  CHIEF UNITED STATES DISTRICT JUDGE

2