LAWRENCE G. BROWN
United States Attorney
KAREN A. ESCOBAR
SHEILA K. OBERTO
Assistant U.S. Attorneys
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0264 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND ORDER |
| KULWANT LASHER, | ) | |
| TARLOCHAN LASHER, | ) | |
| and | ) | |
| JASWINDER LASHER, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant KULWANT LASHER, by and through his attorney,

ANTHONY CAPOZZI, Defendant TARLOCHAN LASHER, by and through his

attorney, CARL M. FALLER, and Defendant JASWINDER LASHER, by and

through his attorney, ROGER NUTTALL, and the United States of

America, by and through its attorneys, LAWRENCE G. BROWN, United

States Attorney, and KAREN A. ESCOBAR and SHEILA K. OBERTO,

Assistant United States Attorneys, hereby enter into the following

stipulation:

1.  The parties to the above-captioned matter agree to vacate

the December 1, 2009, trial date and reset the matter for trial on

1

March 9, 2010, at 8:30 a.m. and to vacate the trial confirmation
hearing set for November 16 at 11:00 a.m. and reset the trial
confirmation/motion in limine hearing for February 22, 2010, at
11:00 a.m.

2.  The parties further agree that motions in limine shall be
due on or before February 1, 2010, at or before 4:00 p.m., any
responses to motions in limine shall be due on or before February
8, 2010, at or before 4:00 p.m., and any replies shall be due on
or before February 15, 2010, on or before 4:00 p.m.

3.  The parties stipulate that the continuance is
necessitated by the defendants' need to further investigate and
prepare for trial and/or to negotiate a resolution of this matter.

4.  The parties stipulate that time would be excluded under
the Speedy Trial Act and that the ends of justice served by
granting the requested continuance outweigh the best interests of
the public and the defendant in a speedy trial, in that the
failure to grant the continuance would deny counsel for defense
and the government a reasonable period of time to adequately
prepare for trial.

DATED: October 2, 2009                    Respectfully submitted,

                                          LAWRENCE G. BROWN
                                          United States Attorney
                                          SHEILA K. OBERTO
                                          Assistant U.S. Attorney

                                          By: /s/ Karen A. Escobar
                                            KAREN A. ESCOBAR
                                          Assistant U.S. Attorney


                                            /s/ Anthony Capozzi
                                          ANTHONY CAPOZZI
                                          Attorney for Defendant
                                          KULWANT LASHER

```
                                    /s/ Carl M. Faller
                                    CARL M. FALLER
                                    Attorney for Defendant
                                    TARLOCHAN LASHER


                                    /s/ Roger Nuttall
                                    ROGER NUTTALL
                                    Attorney for Defendant
                                    JASWINDER LASHER
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current trial date of December 1 is hereby vacated and the trial is reset for March 9, 2010, at 8:30 a.m. and the motions in limine/trial confirmation hearing currently set for November 16 at 11:00 a.m. is hereby vacated and reset for February 22, 2010, at 11:00 a.m.

IT IS FURTHER ORDERED THAT any motions in limine shall be due on or before February 1, 2010, at or before 4:00 p.m., any responses to motions in limine shall be due on or before February 8, 2010, at or before 4:00 p.m., and any replies shall be due on or before February 15, 2010, on or before 4:00 p.m.

The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny counsel for the defense and government a reasonable period of time to adequately prepare for trial or reach a resolution through plea negotiations. WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice.

IT IS SO ORDERED.

Dated: __October 7, 2009__                    ___/s/ Anthony W. Ishii___
                                    CHIEF UNITED STATES DISTRICT JUDGE