BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
SHEILA K. OBERTO
Assistant U.S. Attorneys
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0264 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND ORDER |
| KULWANT LASHER, | ) | |
| TARLOCHAN LASHER, | ) | |
| and | ) | |
| JASWINDER LASHER, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant KULWANT LASHER, by and through his attorney,

ANTHONY CAPOZZI, Defendant TARLOCHAN LASHER, by and through his

attorney, CARL M. FALLER, and Defendant JASWINDER LASHER, by and

through his attorney, ROGER NUTTALL, and the United States of

America, by and through its attorneys, BENJAMIN B. WAGNER, United

States Attorney, and KAREN A. ESCOBAR and SHEILA K. OBERTO,

Assistant United States Attorneys, hereby enter into the following

stipulation:

    1.  The parties to the above-captioned matter agree to stay

the motion in limine schedule in this matter to pursue plea

1   negotiations.

2       2.  Further, the parties intend to vacate the March 9, 2010,

3   trial date in light of ongoing plea discussions and the current

4   unavailability of defense counsel to proceed on March 9.  The

5   trial confirmation hearing is currently set for February 22 at

6   11:00 a.m.  If a resolution or stipulation regarding a new trial

7   date is not reached before then the parties will appear on March 9

8   to set a new trial date.

9       3.  The parties stipulate that the continuance is

10  necessitated by the defendants' need to negotiate a resolution of

11  this matter and the unavailability of counsel for defense.

12  DATED: February 5, 2010                Respectfully submitted,

13                                         BENJAMIN B. WAGNER
                                           United States Attorney
14                                         SHEILA K. OBERTO
                                           Assistant U.S. Attorney
15
                                           By: /s/ Karen A. Escobar
16                                            KAREN A. ESCOBAR
                                           Assistant U.S. Attorney
17

18                                         /s/ Anthony Capozzi
                                           ANTHONY CAPOZZI
19                                         Attorney for Defendant
                                           KULWANT LASHER
20

21                                         /s/ Carl M. Faller
                                           CARL M. FALLER
22                                         Attorney for Defendant
                                           TARLOCHAN LASHER
23

24                                         /s/ Roger Nuttall
                                           ROGER NUTTALL
25                                         Attorney for Defendant
                                           JASWINDER LASHER
26

27

28

1

<u>O R D E R</u>

2

Having read and considered the foregoing stipulation,

3

IT IS THE ORDER of the Court that the current motions in

4

limine schedule is stayed.

5

6

IT IS SO ORDERED.

7

**Dated:    February 5, 2010          _____/s/ Anthony W. Ishii_____**
CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28