ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
KULWANT LASHER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:07-CR-264 AWI |
| Plaintiff, | STIPULATION  TO CONTINUE STATUS |
| vs. | CONFERENCE AND ORDER THEREIN |
| KULWANT LASHER, | |
| Defendant. | |

   IT IS HEREBY STIPULATED between the Defendant, KULWANT LASHER, by and through his attorney-of-record, Anthony P. Capozzi; TARLOCHAN LASHER, by and through his attorney of record, Carl Faller; JASWINDER LASHER, by and through his attorney of record, Roger Nuttall, and Plaintiff, by and through Assistant United States Attorney, Karen Escobar, that the Status Conference now set for Monday, July 26, 2010 be continued to Monday, August 30, 2010 at 9:00 a.m.

   It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1

a. Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

b. Title 18, United States Code, Section 3161(h)(7)(B)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: July 22, 2010

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SANDEEP SINGH

Dated: July 22, 2010

/s/ Carl Faller
Carl Faller,
Attorney for Defendant,
TARLOCHAN LASHER

Dated: July 22, 2010

/s/ Roger Nuttall
Roger Nuttall,
Attorney for Defendant,
JASWINDER LASHER

Dated: July 23, 2010

/s/ Karen Escobar
Karen Escobar,
Assistant U.S. Attorney

2

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Status Conference set for Monday, July 26, 2010 is vacated and continued to Monday, August 30, 2010 at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).


IT IS SO ORDERED.

Dated:      July 23, 2010                          [signature]
                                          CHIEF UNITED STATES DISTRICT JUDGE

3