```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>KULWANT LASHER,<br><br>            Defendant. | 1:07-cr-0264 AWI<br><br>STIPULATION RE:<br>CONTINUANCE AND ORDER |

Defendant KULWANT LASHER, by and through his attorney, ANTHONY CAPOZZI, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties to the above-captioned matter agree to continue the sentencing in this matter to January 24, 2011, at 11:00 a.m. to adequately prepare and respond to the issues raised by the defendant in his formal objections filed herein on December 6, 2010.

    2.  Further, the parties intend to vacate the current sentencing date of December 13, 2010.

1

```
DATED: December 8, 2010                Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/ Karen A. Escobar
                                         KAREN A. ESCOBAR
                                         Assistant U.S. Attorney


                                        /s/ Anthony Capozzi
                                        ANTHONY CAPOZZI
                                        Attorney for Defendant
                                        KULWANT LASHER
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the sentencing in this matter will be continued from December 13, 2010, and reset for January 24, 2011, at 11:00 a.m.

IT IS SO ORDERED.

Dated:     December 9, 2010
                                       CHIEF UNITED STATES DISTRICT JUDGE

2