ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
KULWANT LASHER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>KULWANT LASHER,<br><br>Defendant. | Case No.: 07-CR-0264 AWI<br><br>REQUEST TO EXONERATE BOND WITH ORDER |

Defendant, KULWANT LASHER, by and through his attorney of record, Anthony P. Capozzi, hereby requests that the following property posted as collateral in the above referenced matter be exonerated and the Deeds returned.

1. Naginder Singh Lasher and Resham Kaur, husband and wife as joint tenants
   Tax parcel #082-370-068-000

   Deed No. 2007-056498 - Docket #45 (filed November 28, 2007)

2. Palwinder Singh, a married man as his sole and separate property
Tax parcel #428-103-034

Deed No. 2007-056486 - Docket #43 (filed November 28, 2007)

3. Baldev Singh, a married man as his sole and separate property, and
Baljit Sahota, a married man as his sole and separate property
Tax parcel #84-260-025

Deed No. 2007-056485 - Docket #44 (filed November 28, 2007)

This request is based upon the fact that the Defendant, KULWANT LASHER, surrendered to the custody of the Bureau of Prisons in Taft, California, on March 21, 2011.

Respectfully submitted,

Dated: May 10, 2011

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
KULWANT LASHER

**ORDER**

IT IS HEREBY ORDERED that the property bonds posted in the above entitled matter be exonerated and returned to the designated parties.

IT IS SO ORDERED.

Dated: May 13, 2011

CHIEF UNITED STATES DISTRICT JUDGE